IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MELTON SUMMERVILLE,            )
                               )
    Plaintiff,                 )
                               )
    v.                         )         1:05CV00101
                               )
LOCAL 77 and                   )
AMERICAN FEDERATION OF STATE,  )
COUNTY AND MUNICIPAL EMPLOYEES,)
                               )
    Defendants.                )

ORDER and JUDGMENT

OSTEEN, District Judge

    For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

    IT IS ORDERED AND ADJUDGED that Defendants' Motions to Dismiss [Doc. Nos. 14, 18] and Plaintiff's Motion to Amend Response to the Defendants' Motion to Dismiss [Doc. No. 11] are GRANTED.

    IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment [Doc. No. 23], Defendants' Motions to Dismiss [Doc. Nos. 6, 8], and Defendants' Motion to Strike and for Sanctions [Doc. No. 33] are DENIED.

    This the 11th day of July 2006.

                                         /s/ William L. Osteen
                                         United States District Judge